IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN FEEHAN

                Plaintiff,

vs.

                Civil Action No. 21-2085

TRANS UNION, LLC.
and
EXPERIAN INFORMATION
  SOLUTIONS, INC.
and
BANK OF AMERICA
d/b/a BANK OF AMERICA, N.A.
d/b/a BANK OF AMERICA CORPORATION
                Defendants.

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Nancy Kanter on behalf of Plaintiff in the above-captioned matter.

                Respectfully submitted:

                PINE STREET LEGAL, LLC.

                BY: /s/ Nancy Kanter_____
                      Nancy Kanter, Esquire
                      Attorney ID 51256
                      19 S. Pine Street
                      Doylestown, PA 18901
                      (215) 345-9214

Date: May 25, 2021

# CERTIFICATE OF NOTICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing ENTRY OF APPEARANCE with the Clerk of Court using the ECF system.

Said Notice will be served, certified mail, postage prepaid, upon the following:

William M. Huse, Esquire
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionville, IN 46077
Attorney For Trans Union, LLC

Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626

Bank of America
100 North Tyron Street
Charlotte, NC 28255

/s/ Nancy Kanter
Nancy Kanter, Esquire
Attorney For Plaintiff

Date: May 25, 2021